FILED

JAN 12 1998

[Clerk signature]
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| SUSAN JANSA BRUNICK, | CIV. 97-4183 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| WELLMARK OF SOUTH DAKOTA d/b/a WELLMARK BLUE CROSS BLUE SHIELD OF SOUTH DAKOTA, f/k/a BLUE CROSS BLUE SHIELD OF SOUTH DAKOTA, | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiff Susan Jansa Brunick and Defendant Wellmark of South Dakota d/b/a Wellmark Blue Cross Blue Shield of South Dakota, f/k/a Blue Cross Blue Shield of South Dakota, through their attorneys of record, hereby stipulate and agree that the case has been settled and may be dismissed on its merits, with prejudice, and without taxation of costs to any party. The above named parties further stipulate that the Court may enter judgment of dismissal consistent with the Stipulation without further notice to any party.

Dated at Sioux Falls, South Dakota, this 10th day of January, 1998.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

[signature]
ROBERTO A. LANGE
513 South Main Avenue
P.O. Box 1030
Sioux Falls, SD 57101-1030
(605)336-2880
*Attorneys for Plaintiff*

WOODS, FULLER, SHULTZ &
SMITH, P.C.

[signature]
KRISTINE L. KREITER
300 S. Phillips Avenue #300
P. O. Box 5027
Sioux Falls, SD  57104-6322
(605)336-3890
*Attorneys for Defendant*

13